IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE VEASY,<br>　　Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2457 |
| | : | |
| TAMMY FERGUSON, et al.,<br>　　Respondents. | : | |

**FILED**
AUG 3 0 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

<u>ORDER</u>

**J. CURTIS JOYNER, J.**

AND NOW, this 30th day of August, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Veasy's petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Veasy's state court proceedings.

3. Veasy shall return to federal court within thirty days following the conclusion of his state court proceedings. If Veasy does not return to federal court within that time, this stay and abeyance order will be vacated and his petition will be denied without prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
J. CURTIS JOYNER
U.S. DISTRICT COURT JUDGE